## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW HOPKINS, | ) |
| Plaintiff, | ) ) ) |
| | ) Case No. 1:22-cv-01815 |
| v. | ) ) |
| NEOGEN CORP., JAMES C. BOREL, WILLIAM T. BOEHM, RONALD D. GREEN, RALPH A. RODRIGUEZ, JAMES P. TOBIN, DARCI L. VETTER, and CATHERINE E. WOTEKI, | ) ) ) ) ) ) |
| Defendants. | ) |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: August 18, 2022                **RIGRODSKY LAW, P.A.**

                            By:  /s/ Gina M. Serra
                                Gina M. Serra
                                825 East Gate Boulevard, Suite 300
                                Garden City, NY 11530
                                (516) 683-3516
                                gms@rl-legal.com

                                *Attorneys for Plaintiff*